UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUSEF SALAAM, RAYMOND SANTANA, KEVIN RICHARDSON, ANTRON BROWN, and KOREY WISE,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>Defendant. | NO. 2:24-cv-05560<br><br>JURY TRIAL DEMAND<br><br>PETITION FOR DAMAGES |

## **NOTICE OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance on behalf of Plaintiffs, Yusef Salaam, Raymond Santana, Kevin Richardson, Antron Brown and Korey Wise in the above-captioned matter.

Dated: October 21, 2024

**KLINE & SPECTER, P.C.**

Alex Van Dyke, Esquire (No. 334456)
1525 Locust Street
Philadelphia, PA 19102
(215) 772-1000
alex.vandyke@klinespecter.com
*Counsel for all Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Alex Van Dyke, Esquire, certify that a true and correct copy of my Notice of Appearance has been filed electronically this 21st day of October, 2024 with the Clerk of Court using the CM/ECF system, which will send notification of such to all counsel of record.

**KLINE & SPECTER, P.C.**

_____
Alex Van Dyke, Esquire (No. 334456)
1525 Locust Street
Philadelphia, PA 19102
(215) 772-1000
alex.vandyke@klinespecter.com
*Counsel for all Plaintiffs*