

235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169

*Services for Professionals Inc.*

National Association of
Professional Process Servers

| Yusef Salaam, et al | : | **COURT** | United States District Court |
| | | | Eastern District of Pennsylvania |
| -VS- | | | |
| Donald J. Trump | : | **CASE NUMBER** | 24-5560 |

State of _Florida_

County of _Palm Beach_

**AFFIDAVIT**

B&R Control # CS212650.01
Reference Number

---

**SERVICE INFORMATION**

On 10/22/2024, we received the
Summons, Complaint
For service upon: Donald J. Trump
At Mar-a-lago Club, 1100 South Ocean Blvd., Palm Beach , FL 33480

---

☒ Served  Date _10/24/24_  Time _4:10pm_  Accepted By: _Dan Freeman_

☐ In the manner described below.
☐ Personally served.
☒ Adult in charge of residence, relationship is  _Director of Security_
☐ Adult in charge of residence who refused to give name and/or relationship.
☐ Manager/Clerk of place of residence lodging
☐ Agent or person in charge of office or usual place of business
☐ Other

**Description of Person**  Age _33_  Height _225_  Weight _5'9"_  Race _White_  Sex _Male_
Other

☐ **Not Served**  Date _____  Time _____   ☐ Moved   ☐ Unknown   ☐ No Answer   ☐ Vacant
☐ Other _____

---

The Process Server, being duly sworn, deposes and says that the
facts set forth herein are true and correct to the best of their
knowledge, information and belief.

Process Server/Sheriff _____

Sworn to and subscribed before me this
_28_ day of _October_

Notary Public

---

Client    Phone (215) 772-1000

|  | : |  | **Filed Date:** 10/21/2024 | **BR Serve By:** 10/25/2024 |

Shanin Specter, Esquire
Kline & Specter, P.C.
1525 Locust Street
19th Floor
Philadelphia, PA 19102

SOPHIA HERVIS
Notary Public-State of Florida
Commission # HH 356324
My Commission Expires
February 12, 2027

ORIGINAL

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT District of Pennsylvania

Case Number: 24-5560

Plaintiff:
**YUSEF SALAAM, et al**

vs.

Defendant:
**DONALD J. TRUMP**

For:
B&R Services for Professionals, Inc.
235 S. 13th Street
PHILADELPHIA, PA 19107


MGS2024008765

Received by ENIL CERRANO on the 23rd day of October, 2024 at 3:19 pm to be served on **DONALD J. TRUMP, MAR-A-LAGO CLUB, 1100 SOUTH OCEAN BLVD, PALM BEACH, FL 33480**.

I, ENIL CERRANO, do hereby affirm that on the **24th day of October, 2024** at **4:10 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS, COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Dan Freeman** as **Director Of Security** at the address of: **MAR-A-LAGO CLUB, 1100 SOUTH OCEAN BLVD, PALM BEACH, FL 33480**, who stated they are authorized to accept service for **DONALD J. TRUMP**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 33, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 225, Hair: Light Brown, Glasses: Y

Under Penalties of perjury, I declare that I have the forgoing and that the facts stated in it are true. I am over the age of  18, have no interest in the above action, and am a Certified Process Server, in good standing, in the county in which service was affecte d in accordance with State Statutes

**ENIL CERRANO**
2083

**Magic City Process Service, LLC**
**1825 Ponce De Leon Blvd**
**#283**
**Coral Gables, FL 33134**
**(786) 881-8228**

Our Job Serial Number: MGS-2024008765
Ref: CS212650.01

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a