IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

YUSEF SALAAM, ET AL. : Civil Action
:
v. :
:
DONALD J. TRUMP : No.: 2:24-CV-05560
:

ORDER

AND NOW, this _____ day of _____ 20 24 , it is hereby

ORDERED that the application of David Fisher _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.[1]

☐ DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __24-CV-05560__

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __David Fisher__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| New York | January 2006 | 4374948 |
| Colorado | April 2015 | 48253 |
|  |  |  |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| SDNY | April 2009 | DF5541 |
| EDNY | June 2009 | DF5541 |
| Dist of CO | May 2016 | DF5541 |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

(Applicant's Signature) __David Fisher__ Digitally signed by David Fisher Date: 2024.10.30 10:09:59 -06'00'

(Date) __10/30/2024__

Name of Applicant's Firm: Fisher & Byrialsen

Address: 4600 S Syracuse Street, 9th Floor, Denver, CO 80237

Telephone Number: 720-376-8070

Email Address: david@fblaw.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/30/2024__ (Date)   __David Fisher__ (Applicant's Signature) Digitally signed by David Fisher Date: 2024.10.30 10:10:19 -06'00'

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of David Fisher to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Alex Van Dyke | [signature] | 10/13/2023 | 334456 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

1525 Locust Street, Philadelphia, PA 19102

215-772-1000

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/05/2024          [signature]
        (Date)                                (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Yusef Salaam, et al. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Donald J. Trump | : | No.: 2:24-CV-05560 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __David Fisher__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

By electronic CM/ECF to all parties

_____
(Signature of Attorney)

_____Alex Van Dyke_____
(Name of Attorney)

_____Yusef Salaam, et al._____
(Name of Moving Party)

_____November 05, 2024_____
(Date)