IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Yusef Salaam, et al., | : | Civil Action |
| v. | : | |
| Donald J. Trump | : | No.: 2:24-cv-05560 |

ORDER

AND NOW, this <u>12th</u> day of <u>November</u> 20 <u>24</u>, it is hereby

ORDERED that the application of <u>Jonathan C. Moore</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.[1]

☐ DENIED.

<u>/s/ Michael M. Baylson</u>, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.