UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUSEF SALAAM,<br>RAYMOND SANTANA,<br>KEVIN RICHARDSON<br>ANTRON BROWN,<br>And<br>KOREY WISE,<br><br>                    **Plaintiff,**<br><br>v.<br><br>DONALD J. TRUMP,<br><br>                    **Defendants.** | Case No. 2:24-cv-05560-MMB |

### Stipulation for Extension of Time to Respond to Complaint

Plaintiffs YUSEF SALAAM, RAYMOND SANTANA, KEVIN RICHARDSON ANTRON BROWN, and KOREY WISE ("Plaintiffs") and Defendant Donald J. Trump ("Defendant"), by and through their respective undersigned counsel, stipulate as follows:

Whereas, on or about October 21, 2024, Plaintiffs filed their Complaint against Donald J. Trump;

Whereas, on or about November 5, 2024, Plaintiffs filed their executed Summons indicating service of the Complaint on Defendant on October 24, 2024;

Whereas, Defendant's counsel asserts there are concerns regarding service of the Complaint on Defendant, but are authorized to accept service on his behalf and seek an extension of time to December 11, 2024, to adequately review the claims;

Whereas, Plaintiff's counsel has agreed to the requested extension of time;

Now, therefore, Plaintiffs and Defendant stipulate and agree that Defendant shall have until December 11, 2024, to file a response to the Complaint.

Dated: November 13, 2024

/s/ *Alex Van Dyke*
Shanin Specter, Esquire (No. 40928)
Alex Van Dyke, Esquire (No. 334456)
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA 19102
(215) 772-1000
shanin.specter@klinespecter.com
alex.vandyke@klinespecter.com

*Lead Counsel for all Plaintiffs*

/s/ *Karin M. Sweigart*
Karin M. Sweigart (PA No: 247462)
Krista L. Baughman*
Dhillon Law Group Inc.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: 415-433-1700
Facsimile: 415-520-6593
ksweigart@dhillonlaw.com

*Counsel for Defendants*

**Pro hac vice forthcoming*