UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUSEF SALAAM,<br>RAYMOND SANTANA,<br>KEVIN RICHARDSON<br>ANTRON BROWN,<br>And<br>KOREY WISE,<br><br>          **Plaintiff,**<br><br>v.<br><br>DONALD J. TRUMP,<br><br>          **Defendants.** | Case No. 2:24-cv-05560-MMB |

### Declaration of Karin M. Sweigart

I, KARIN M. SWEIGART , declare as follows:

1. I am an attorney with the law firm Dhillon Law Group Inc. ("DLG"), counsel of record for Donald J. Trump ("Defendant"). I am a member in good standing of the State Bar of Pennsylvania and have personal knowledge of the facts set forth in this Declaration and could and would testify competently to such facts under oath.

2. On November 13, 2024, I received an email from Alex Van Dyke, Esq. of Kline & Specter, PC, lead counsel for Plaintiffs in this action, attaching a letter of the same date. The letter was signed by Shanin Specter, Esq. of Kline & Specter, PC, lead counsel for Plaintiffs in this action. The letter disclosed certain relationships between Mr. Specter and the Honorable Michael M. Baylson, as well as relationships between members of their respective families. A true and correct copy of this letter is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| Dated: November 14, 2024 | Respectfully submitted, |
| | By: /s/ Karin M. Sweigart |
| | Karin M. Sweigart (PA No: 247462) |
| | DHILLON LAW GROUP INC. |
| | 177 Post Street, Suite 700 |
| | San Francisco, CA 94108 |
| | Telephone: 415-433-1700 |
| | Facsimile: 415-520-6593 |
| | ksweigart@dhillonlaw.com |
| | *Counsel for Defendants* |