# EXHIBIT A

**KLINE & SPECTER** PC
ATTORNEYS AT LAW
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102
WWW.KLINESPECTER.COM
-------------

SHANIN SPECTER, ESQ.                                                                                                             SHANIN.SPECTER@KLINESPECTER.COM

MAIN: (215) 772-1000
FAX: (215) 772-1359

November 13, 2024

Karin Sweigart, Esq.
Ronald Coleman, Esq.
Dhillon Law Group Inc.
177 Post Street, Suite 700
San Francisco, CA 94108

      RE:    Yusef Salaam, et al. v. Donald J. Trump, No. 2:24-cv-05560
               United States District Court for the Eastern District of Pennsylvania

Counsel:

     Following the assignment of the Honorable Michael M. Baylson to preside over the case, I am writing to disclose that I and my firm have personally represented both Judge Baylson and his wife. I have also known and enjoyed a friendship with Judge Baylson since I was a child. Both he and his wife have been guests in my home on various occasions, and I and my wife have been guests in their home on various occasions as well.

                                                              Very truly yours,

                                                              SHANIN SPECTER

Cc:     Honorable Michael M. Baylson, Jane Fisher-Byrialsen, Esq., David Fisher, Esq., Marc Cannan, Esq., Hollis Whitson, Esq., Jonathan Moore, Esq. (via email)