UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUSEF SALAAM,<br>RAYMOND SANTANA,<br>KEVIN RICHARDSON,<br>ANTRON BROWN, and<br>KOREY WISE,<br><br>    Plaintiffs,<br><br>v.<br><br><br>DONALD J. TRUMP,<br><br>    Defendant. | NO. 2:24-cv-5560 |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO RECUSE THE HONORABLE MICHAEL M. BAYLSON**

 Plaintiffs, by and through their undersigned counsel, hereby file this response to Defendant's Motion to Recuse the Honorable Michael M. Baylson, ECF No. 17, and state that Plaintiffs do not oppose the Motion.

Dated: November 15, 2024

            Respectfully Submitted,

By: _____
Shanin Specter, Esquire (No. 40928)
Alex Van Dyke, Esquire (No. 334456)
KLINE & SPECTER, P.C.
1525 Locust Street
Philadelphia, PA 19102
(215) 772-1000
shanin.specter@klinespecter.com
alex.vandyke@klinespecter.com
*Lead Counsel for all Plaintiffs*

Jane Fisher-Byrialsen, Esquire, *pro hac vice forthcoming*
David Fisher, Esquire, *pro hac vice forthcoming*
FISHER & BYRIALSEN, PLLC
99 Park Avenue
New York, NY 10016
(303) 256-6345
jane@fblaw.org
david@fblaw.org
*Co-Counsel for Plaintiff Wise*

Hollis Whitson, Esquire, *pro hac vice forthcoming*
SAMLER & WHITSON, P.C.
1600 Stout St. Suite 1400
Denver, CO 80202
hollis@samlerandwhitson.com
*Co-Counsel for Plaintiff Wise*

Jonathan C. Moore, Esquire, *pro hac vice forthcoming*
Marc Cannan, Esquire, *pro hac vice forthcoming*
BELDOCK LEVINE & HOFFMAN, LLP
99 Park Avenue
New York, NY 10016
(212) 490-0400
*Co-Counsel for Plaintiffs Brown, Richardson & Santana*

## CERTIFICATE OF SERVICE

I, Alex Van Dyke, Esquire, certify that a true and correct copy of the above *Plaintiffs' Response to Defendant's Motion to Recuse the Honorable Michael M. Baylson* been filed electronically this 15th day of November, 2024 with the Clerk of Court using the CM/ECF system, which will send notification of such to all counsel of record.

                                         **KLINE & SPECTER, P.C.**

By: _____
        Alex Van Dyke, Esquire (No. 334456)
        *Counsel for all Plaintiffs*