UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUSEF SALAAM,<br>RAYMOND SANTANA,<br>KEVIN RICHARDSON<br>ANTRON BROWN,<br>And<br>KOREY WISE,<br><br>          **Plaintiff,**<br><br>v.<br><br>DONALD J. TRUMP,<br><br>          **Defendants.** | Case No. 2:24-cv-05560-MMB |

**PROPOSED ORDER**

UPON CONSIDERATION of Defendant Donald J. Trump's Motion to Recuse the Honorable Michael M. Baylson, on this 15th day of November, 2024, by the United States District Court for the Eastern District of Pennsylvania, it is hereby **ORDERED**, that:

1. Defendant Donald J. Trump's Motion to Recuse the Honorable Michael M. Baylson is **GRANTED**.

2. Judge Michael M. Baylson does recuse himself from this case, and hereby requests that the Chief Judge reassign this case.

**IT IS SO ORDERED.**

          /s/ Michael M. Baylson
          Hon. Michael M. Baylson

1