## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SALAAM et al** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **TRUMP** | : | **NO.: 24-cv-5560** |

# **O R D E R**

**AND NOW**, this **18th** day of **NOVEMBER 2024**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Michael M. Baylson to the calendar of the Honorable Wendy Beetlestone.

FOR THE COURT:

**MITCHELL S. GOLDBERG**
**Chief Judge**

ATTEST:

 /s/George Wylesol
**GEORGE WYLESOL**
**Clerk of Court**