UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUSEF SALAAM, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>*Defendant*. | Case No. 2:24-cv-05560-WB<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>**(Fed. R. Civ. Proc. 12(b)(6); 42 Pa.C.S. § 8340.11** *et seq.***)** |

**DEFENDANT DONALD J. TRUMP'S NOTICE OF MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 42 Pa.C.S. § 8340.11 *et seq.*, Defendant President-elect Donald J. Trump, by and through his attorney, respectfully moves to dismiss Plaintiffs' claims, award Defendant attorneys' fees to be determined through separately noticed motion, and for any further relief the Court deems just and proper. Defendant President-elect Donald J. Trump contemporaneously files a brief in support and requests the Court schedule oral argument on Defendant's motion at the Court's convenience.

Dated:  December 11, 2024

Respectfully submitted,

By: /s/ Karin M. Sweigart
Karin M. Sweigart (PA No: 247462)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: 415-433-1700
Facsimile: 415-520-6593
ksweigart@dhillonlaw.com
*Counsel for Defendants*