# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUSEF SALAAM, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, <br><br> *Defendant*. | Case No. 2:24-cv-05560-WB <br><br> **CERTIFICATE OF SERVICE** <br><br> **(Fed. R. Civ. Proc. 12(b)(6); 42 Pa.C.S. § 8340.11 *et seq.*)** |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record in this action.

Dated: December 11, 2024

By: /s/ Karin M. Sweigart