UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUSEF SALAAM, et al.,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>DONALD J. TRUMP,<br><br>*Defendant*. | Case No. 2:24-cv-05560-WB<br><br>**PROPOSED ORDER**<br><br>**(Fed. R. Civ. Proc. 12(b)(6); 42 Pa.C.S. § 8340.11 *et seq.*)** |

## PROPOSED ORDER

UPON CONSIDERATION of Defendant Donld J. Trump's Motion to Dismiss for Failure to State Claim for Relief, it is this _____ day of _____, 2025, by the United States District Court for the Eastern District of Pennsylvania,

**ORDERED**, that Defendant Donald J. Trump's Motion to Dismiss for Failure to State Claim for Relief is **GRANTED**.

**IT IS SO ORDERED.**

_____

Hon. Wendy Beetlestone