UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUSEF SALAAM, RAYMOND SANTANA, KEVIN RICHARDSON ANTRON BROWN, And KOREY WISE,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>Defendants. | Case No. 2:24-cv-05560-WB |

**ORDER**

AND NOW this 20th day of December 2024, the Court, having reviewed the Parties' Stipulation for Extension of Time to Reply to Opposition to Motion to Dismiss, and being fully advised in its premises, it is hereby **ORDERED** that the deadline for Defendant Donald J. Trump to file his reply brief in support of his Motion to Dismiss shall be extended to January 8, 2025.

/s/ Wendy Beetlestone
Honorable Wendy Beetlestone