IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUSEF SALAAM, <br> ANTRON BROWN, <br> KEVIN RICHARDSON, <br> RAYMOND SANTANA, and <br> KOREY WISE, <br><br>           Plaintiffs, <br> v. <br><br> DONALD J. TRUMP, <br><br>           Defendant. | Case No. 2:24-cv-005560-WB |

### [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2025, upon consideration of the Motion for Leave to File Brief as *Amici Curiae*, and any opposition thereto, it is hereby ORDERED that the Motion is GRANTED; and

It is further ORDERED, that the Clerk of Court is directed to file the Brief of *Amici Curiae* attached as Exhibit 1 to their Motion within 7 days of the date on which this Order is entered.

**BY THE COURT:**

_____
Wendy Beetlestone, J.
United States District Judge