UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUSEF SALAAM,<br>ANTRON BROWN,<br>KEVIN RICHARDSON,<br>RAYMOND SANTANA, and<br>KOREY WISE,<br><br>    Plaintiffs,<br><br>v.<br><br><br>DONALD J. TRUMP,<br><br>    Defendant. | Case No. 2:24-cv-05560-WB |

**[PROPOSED] ORDER DENYING NON-PARTIES' MOTION FOR LEAVE
TO FILE BRIEF AS *AMICI CURIAE***

  AND NOW, this _____ day of _____, 2025, upon consideration of Non-Parties ACLU of Pennsylvania, Americans for Prosperity Pennsylvania, Electronic Frontier Foundation, Foundation for Individual Rights and Expression, Institute for Free Speech, Pennsylvania Association of Broadcasters, Pennsylvania NewsMedia Association, Radio Television Digital News Association, Reporters Committee for Freedom of the Press, and Student Press Law Center's Motion for Leave to File Brief as *Amici Curiae*, and Plaintiffs' Response in Opposition thereto, it is hereby **ORDERED** that said Motion is **DENIED**.

                   SO ORDERED:

                   _____
                   **Honorable Wendy Beetlestone**
                   United States District Judge