IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUSEF SALAAM, RAYMOND SANTANA, KEVIN RICHARDSON, ANTRON BROWN AND KOREY WISE,<br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP,<br>Defendant. | CIVIL ACTION<br><br><br><br>NO. 24CV5560 |

## ORDER

**AND NOW**, this 16th day of January, 2025, upon consideration of the Motion for Leave to File an *Amicus Curiae* Brief by the ACLU of Pennsylvania, Americans for Prosperity Pennsylvania, Electronic Frontier Foundation, Foundation for Individual Rights and Expression, Institute for Free Speech, Pennsylvania Association of Broadcasters, Pennsylvania NewsMedia Association, Radio Television Digital News Association, Reporters Committee for Freedom of the Press, and Student Press Law Center (ECF No. 30) and all responses thereto (ECF No. 31), **IT IS HEREBY ORDERED** that Said Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that *Amici*'s brief (ECF No. 30-3) is **HEREBY DEEMED FILED.**

BY THE COURT:


*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**