UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania

March 13, 2025

**NOTICE OF ORAL ARGUMENT HEARING:**

RE:   24-cv-5560
      SALAAM, et al.  v. TRUMP, et al.

Dear Counsel:

Please be advised that Oral Argument Hearing on Defendant's Motion to Dismiss (Doc # 26) has been scheduled for **April 2, 2025, at 2:00 p.m.** in Courtroom 10-A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Very truly yours,

  /s/ Michael Beck
Michael Beck
Deputy Clerk to Judge Beetlestone