IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUSEF SALAAM, RAYMOND SANTANA, KEVIN RICHARDSON, ANTRON BROWN AND KOREY WISE,<br>　　　Plaintiffs,<br><br>　　　v.<br><br>DONALD J. TRUMP,<br>　　　Defendant. | CIVIL ACTION<br><br><br>NO. 24CV5560 |

### ORDER

**AND NOW**, this 10th day of April, 2025, upon consideration of Defendant's Motion to Dismiss (ECF No. 26) and all responses and replies thereto (ECF Nos. 27, 29), **IT IS HEREBY ORDERED** that Said Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Plaintiffs' defamation claim, to the extent that it is based on a defamation-by-implication theory, and their claim for intentional infliction of emotional distress are **DISMISSED WITHOUT PREJUDICE**.

2. Defendant's Motion is **DENIED** in all other respects.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*S/* **WENDY BEETLESTONE**
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**