UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUSEF SALAAM,<br>RAYMOND SANTANA,<br>KEVIN RICHARDSON<br>ANTRON BROWN,<br>And<br>KOREY WISE,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>    Defendants. | Case No. 2:24-cv-05560-MMB |

**DEFENDANT DONALD J. TRUMP'S MOTION FOR ATTORNEY FEES, COURT COSTS, AND EXPENSES OF LITIGATION**

  PLEASE TAKE NOTICE that Defendant Donald J. Trump, through his attorneys, will move this Court pursuant to 42 Pa.C.S. § 8340.18, before the Honorable Wendy Beetlestone, United States District Court for the Eastern District of Pennsylvania, for an Order granting Defendant's or Attorney Fees, Court Costs, and Expenses of Litigation. In support, Defendant submits his Memorandum of Law, Exhibit, and Declaration of Counsel, which is being filed contemporaneously with this notice.

Dated: April 24, 2025         Respectfully submitted,

                    By: /s/ Karin M. Sweigart
                    Karin M. Sweigart (PA No: 247462)
                    DHILLON LAW GROUP INC.
                    177 Post Street, Suite 700
                    San Francisco, CA 94108
                    Telephone: 415-433-1700
                    Facsimile: 415-520-6593
                    ksweigart@dhillonlaw.com

                    *Counsel for Defendant*