**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| YUSEF SALAAM, et al., | |
| *Plaintiffs*, | Case No. 2:24-cv-05560-WB |
| v. | **DECLARATION OF MARK MEUSER IN SUPPORT OF DEFENDANT TRUMP'S MOTION FOR AWARD OF MANDATORY ATTORNEY FEES AND COSTS PURSUANT TO 42 P.A. CONS. STAT. § 8340.18** |
| DONALD J. TRUMP, | |
| *Defendant*. | |

**DECLARATION OF MARK MEUSER IN SUPPORT OF DEFENDANT TRUMP'S MOTION FOR AWARD OF MANDATORY ATTORNEY FEES AND COSTS PURSUANT TO 42 P.A. CONS. STAT. § 8340.18**

I, **MARK MEUSER, Esq.**, declare under 28 U.S.C. § 1746:

1. I graduated from Oak Brook College of Law in 2003. I am admitted to practice in all state and federal courts in California, the D.C. District Court, the Fifth, Sixth, Seventh, and Ninth Circuits, the United States Supreme Court, and I frequently appear pro hac vice in federal courts around the nation.

2. I am regularly called upon by clients to find creative legal arguments and test novel theories. When there seems to be no legal recourse, clients look to me to find new or unique ways to obtain justice. For instance, I won a precedent-setting ruling from the 9th Circuit in the case of *Gilstrap v. United Airlines* so that disabled Americans may sue the airlines when the airline's violation of federal law causes further injury to their disability.

3. I have also been a part of President Trump's legal team in numerous high profile cases over the last eight years. In 2023-2024 I was involved with over one hundred federal and state cases from across the United States that attempted to remove President Trump from the 2024 presidential ballot because the plaintiffs' claimed that Section 3 of the 14th Amendment prevented President Trump from running. We ended up winning all these cases after the Supreme Court ruled in *Trump v. Anderson*. One of my duties was to find and work with attorneys throughout the nation to assist with the defense of these actions. As a result of this work, I became very familiar with the established legal rates of litigation attorneys around the nation including the Eastern District of Pennsylvania.

4. My hourly rate is $750. That rate is consistent with the national market for attorneys that litigate novel and emerging issues.

5. I have known Karin M. Sweigart, Esq., for over five years. She and I have worked closely on numerous cases across the nation. I have reviewed her declaration filed in this case and am well acquainted with her practice and the quality of her work product.

6. Ms. Sweigart attests that her standard hourly rate is $750. I believe this is within market rates for an attorney of her experience, expertise, and reputation.

7. I have also reviewed the hourly rates of the associates and paralegals in this matter. They too track as fair and reasonable rates based on my understanding of the market rates for attorneys and staff in these markets.

I, **Mark Meuser, Esq.**, declare under 28 U.S.C. § 1746 as follows:

I declare under penalty of perjury that the foregoing is true and correct and is executed on this 24th day of April 2025, at Pasadena, CA.

<u>/s/Mark Meuser</u>