IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUSEF SALAAM, RAYMOND SANTANA, KEVIN RICHARDSON, ANTRON BROWN AND KOREY WISE,<br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP,<br>Defendant. | CIVIL ACTION<br><br><br><br>NO. 24CV5560 |

## ORDER

**AND NOW**, this 2nd day of May, 2025, in light of Plaintiffs' Amended Complaint (ECF No. 40), **IT IS HEREBY ORDERED** that Defendant's Motion for Attorney Fees (ECF No. 39) is **DENIED AS MOOT**.

BY THE COURT:

S/ WENDY BEETLESTONE

_____

**WENDY BEETLESTONE, J.**