UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUSEF SALAAM, et al., <br><br>　　*Plaintiffs*, <br><br>　　v. <br><br>DONALD J. TRUMP, <br><br>　　*Defendant*. | Case No. 2:24-cv-05560-WB <br><br> **NOTICE OF MOTION TO DISMISS** <br><br> **(42 Pa.C.S. § 8340.11 *et seq.*)** |

**DEFENDANT DONALD J. TRUMP'S NOTICE OF MOTION TO DISMISS**

Pursuant to 42 Pa.C.S. § 8340.11 et seq., Defendant President Donald J. Trump, by and through his attorneys, Dhillon Law Group Inc., respectfully moves to dismiss Plaintiffs' First Amended Complaint, and for other and further relief as the Court deems just and proper. In support, Defendant President Donald J. Trump submits his brief, which is being filed contemporaneously with this motion, and requests that the Court schedule oral argument at the Court's convenience.

Dated:  May 15, 2025

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By: /s/ Karin M. Sweigart
　　　　　　　　　　　　　　　　　　　　　Karin M. Sweigart (PA No: 247462)
　　　　　　　　　　　　　　　　　　　　　DHILLON LAW GROUP INC.
　　　　　　　　　　　　　　　　　　　　　177 Post Street, Suite 700
　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94108
　　　　　　　　　　　　　　　　　　　　　Telephone: 415-433-1700
　　　　　　　　　　　　　　　　　　　　　Facsimile: 415-520-6593
　　　　　　　　　　　　　　　　　　　　　ksweigart@dhillonlaw.com
　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*