IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUSEF SALAAM, RAYMOND SANTANA, KEVIN RICHARDSON, ANTRON BROWN AND KOREY WISE,<br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP,<br>Defendant. | CIVIL ACTION<br><br><br>NO. 24CV5560 |

## ORDER

**AND NOW**, this 27th day of June, 2025, upon consideration of Defendant's Motion to Dismiss Pursuant to 42 Pa.C.S. § 8340.11 *et seq* (ECF Nos. 42 & 44) and Plaintiffs' response thereto (ECF Nos. 43), **IT IS HEREBY ORDERED** that said Motion is **DENIED**.

BY THE COURT:

/s/ Wendy Beetlestone
_____
**WENDY BEETLESTONE, J.**