UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUSEF SALAAM, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br><br>DONALD J. TRUMP,<br><br>*Defendant*. | Case No. 2:24-cv-05560-WB<br><br>NOTICE OF MOTION FOR STAY PENDING APPEAL |

**DEFENDANT DONALD J. TRUMP'S NOTICE OF MOTION FOR STAY PENDING APPEAL**

Defendant President Donald J. Trump, by and through his attorneys, Dhillon Law Group Inc., respectfully moves to for a stay pending his appeal to the Third Circuit on the applicability of Pennsylvania's Uniform Public Expression Protection Act in federal court. In support, Defendant President Donald J. Trump submits his brief, which is being filed contemporaneously with this motion.

Dated:  July 3, 2025    Respectfully submitted,

By: /s/ Karin M. Sweigart
Karin M. Sweigart (PA No: 247462)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: 415-433-1700
Facsimile: 415-520-6593
ksweigart@dhillonlaw.com
*Counsel for Defendant*