UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUSEF SALAAM, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br><br>DONALD J. TRUMP,<br><br>*Defendant*. | Case No. 2:24-cv-05560-WB<br><br>**MOTION FOR STAY PENDING APPEAL** |

## PROPOSED ORDER

UPON CONSIDERATION of Defendant Donald J. Trump's Motion for Stay Pending Appeal, it is this _____ day of _____, 2025, by the United States District Court for the Eastern District of Pennsylvania,

**ORDERED**, that Defendant Donald J. Trump's Motion is **GRANTED**.

**IT IS SO ORDERED.**

                                                                                       _____
                                                                                       Hon. Wendy Beetlestone

1