**KLINE & SPECTER** PC
**ATTORNEYS AT LAW**
**1525 LOCUST STREET**
**PHILADELPHIA, PENNSYLVANIA 19102**
**WWW.KLINESPECTER.COM**
-------------

ALEX VAN DYKE, ESQ.                                                      ALEX.VANDYKE@KLINESPECTER.COM

**(215) 772-1000**
**DIRECT DIAL: (215) 772-0534**
**FAX: (215) 402-2362**

July 14, 2025

The Honorable Wendy Beetlestone
United States District Court for the Eastern District of Pennsylvania
10614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Chambers_of_Judge_Beetlestone@paed.uscourts.gov

  **RE:** **Salaam, et al. v. Trump, Case No. 2:24-cv-05560-WB**

Dear Judge Beetlestone:

  On July 3, 2025, Defendant filed a Motion for Stay Pending Appeal. Plaintiffs' response is currently due this Thursday, July 17, 2025. Plaintiffs respectfully request a one-week extension to accommodate other filings and oral arguments this week. Plaintiffs' counsel has conferred with defense counsel, and Defendant does not oppose the requested extension.

  We thank Your Honor for your attention and consideration of this request.

                Respectfully,

                ALEX VAN DYKE

Cc:  All counsel of record via email and ECF