IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUSEF SALAAM, RAYMOND SANTANA, KEVIN RICHARDSON, ANTRON BROWN AND KOREY WISE, **Plaintiffs**, | CIVIL ACTION |
| v. | NO. 24CV5560 |
| DONALD J. TRUMP, **Defendant**. | |

## ORDER

AND NOW, this 14th day of July, 2025, upon receipt of Plaintiffs' Letter Request for a One-Week Extension (ECF No. 50), **IT IS HEREBY ORDERED** that Said Request is **GRANTED**.

**IT IS FURTHER ORDERED** that any response in opposition to Defendant's Motion to Stay Pending Appeal (ECF No. 48) shall be due on or before **July 24, 2025**.

BY THE COURT:

*S/* WENDY BEETLESTONE
_____
**WENDY BEETLESTONE, J.**