**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRIT OF PENNSYLVANIA**

| | | |
|---|---|---|
| YUSEF SALAAM, RAYMOND SANTANA,<br>KEVIN RICHARDSON, ANTRON BROWN,<br>and KOREY WISE<br>*Plaintiffs* | :<br>:<br>: | No. 2:24-cv-05560 |
| v. | : | |
| DONALD. J. TRUMP<br>*Defendant* | : | |

**NOTICE OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance on behalf of Plaintiffs, Yusef Salaam, Raymond Santana, Kevin Richardson, Antron Brown, and Korey Wise in the above-captioned matter.

**KLINE & SPECTER, P.C.**

BY: */s/ HELEN A. LAWLESS*

HELEN A. LAWLESS, ESQUIRE
Attorney ID 327249
1525 Locust Street
Philadelphia, PA 19102
215-772-0547
helen.lawless@klinespecter.com
*Attorney for Plaintiffs*

Dated: August 25, 2026